United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RAMATU NURAIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-846** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause Within Three Days, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 8).

The Court **ORDERS** Respondents to file supplemental briefing **by June 5, 2026**, that addresses these issues:

- The constitutionality of the automatic stay provision (8 C.F.R. § 1003.6(a)), (Dkt. No. 1 at 30);

- Whether there is a legitimate regulatory purpose for Petitioner's continued detention following her grant of asylum by an Immigration Judge, (Dkt. No. 13 at 15; Dkt. No. 1-5).

Petitioner may file a reply **by June 12, 2026**.

Respondents are advised that the Court may consider unaddressed arguments as unopposed.

It is so **ORDERED**.

**SIGNED** on May 29, 2026.

John A. Kazen
United States District Judge